CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
FRANK PEREZ, ESQ.
Nevada Bar # 5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
EMAIL: lawoffice@mcpalaw.com
*Attorneys for Gilmore Construction, LLC.*

## U.S. BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                              )
                                    )    **CASE NO.: 13-14004-mkn**
Robert H. Seabrook Jr. and          )    **CHAPTER: 7**
Sondra G. Seabrook                  )
                                    )
                                    )    **ADVERSARY CASE NO.: 13-01122-mkn**
_____ )
                                    )
GILMORE CONSTRUCTION, LLC.          )
                                    )
                Plaintiff,          )
                                    )
v.                                  )
                                    )
ROBERT H. SEABROOK, JR., AND        )
SONDRA G. SEABROOK                  )
                                    )
                Defendants.         )
_____ )

## REPLY TO OPPOSITION TO MOTION FOR SANCTIONS FOR FAILURE TO ATTEND DEPOSITIONS

## AND

## OPPOSITION TO MOTION TO STAY ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS

Plaintiff, GILMORE CONSTRUCTION, LLC by and through its attorneys, the law firm of McCULLOUGH, PEREZ & ASSOCIATES, LTD., herewith replies to Defendants' Opposition to Motion for Sanctions for Failure to Attend Depositions and Opposition to Motion to Stay Action Pending Resolution of Criminal Proceedings.

**I    THE SEABROOKS FAIL TO RESPOND TO THE SANCTION MOTION**

The Seabrooks' opposition consists of one page of facts. The pleading incorrectly states the Seabrooks filed a Chapter 11 petition on July 16, 2013. They filed a Chapter 7 petition on May 7, 2013. Next there are approximately two pages of Statement of Law regarding the countermotion seeking a stay of the proceedings. They offer no argument against the issuance of sanctions.

The only time they seek relief in regards to the motion for sanction is in their conclusion. The Seabrooks state the motion should be denied "for Defendant's failure to attend depositions without counsel." The Seabrooks were represented by counsel when they chose not to appear at properly noticed depositions.

Mrs. Seabrook's deposition was noticed for June 12, 2014 at 10:00 a.m. Mr. Seabrook was scheduled for June 13, 2014 at 10:00 a.m. The Seabrook's were represented by counsel at the time. A copy of the Notice of Deposition is attached as Exhibit "1".[1]

Exhibit "2" is "The Certificate of Nonappearance of Sondra Seabrook". Exhibit "3" is "The Certificate of Nonappearance of Robert Seabrook". The transcripts detail that the Seabrooks' prior counsel advised that it was believed that the Seabrooks would not appear.

Their prior attorney appeared before this court and advised she would be filing a motion to withdraw. The order granting the motion was entered on July 18, 2014. A full month after the

---

[1] This was the eight amended notice. The depositions were scheduled for May 29th and 30th 2014, The depositions were continued at the request of the Seabrooks.

Seabrooks refused to appear at their depositions. Contrary to the Seabrooks current pleading, they were represented by counsel when they refused to appear.

More importantly, the Seabrooks do not provide any argument that excused their need to appear. They did not seek a protective order prior to the scheduled deposition (depositions that were rescheduled at the Seabrooks' request on multiple occasions). Instead they simply chose not to appear at all. Gilmore Construction incurred attorney fees and costs in preparing for the depositions.

The court should construe the complete lack of addressing the motion, and consent that the motion for sanctions is meritorious. Appropriate sanctions should issue. The Seabrooks should not be rewarded for playing games; asking for depositions to be continued, then refusing to appear, then coming to the court and asking for a stay; while failing to provide any explanation for their failure to appear in the first instance.

**II    NO STAY OF PROCEEDINGS SHOULD BE GRANTED**

    **a.    TIME LINE OF RELEVANT EVENTS**

1. Gilmore files its complaint in State Court against the Seabrooks on December 3, 2012.

2. Seabrooks file their answer on January 16, 2013

3. Gilmore files a motion for partial summary judgment. The motion seeks a judgment related to a portion of the embezzled funds. The motion is filed on March 22, 2013. The hearing is set for May 9, 2013.

4. The Seabrooks do not file an opposition to the motion for partial summary judgment.

5. Gilmore files a Notice of Failure to Oppose on May 1, 2013

6. On May 8, 2013 Seabrooks serve a notice of Bankruptcy upon Gilmore; one day before the unopposed summary judgment motion is to be heard.

7. The first creditors meeting takes place on June 14, 2013. During that meeting the

Seabrooks' were represented by Carrie Hurtick and Brent Percivel. During the meeting on certain questions the Seabrooks invoked their Fifth Amendment Right against self incrimination. Their counsel stated; OBJECTION I have to direct you not to answer that question.

I'm told that there is a criminal investigation out there. She's got to take the 5th on those. As far back as June of 2013, the Seabrooks knew they were the subject of an investigation, but made no prior efforts to seek a stay. See Exhibit 4" portion of transcript of creditor's meeting.

8. A second creditors meeting was held on June 28, 2013. During this meeting the Seabrooks invoked their Fifth Amendment Privilege on some questions, but not all. By way of example, Ms. Seabrook answered questions about how the Seabrook's paid their bills. Mr. Seabrook answered questions about charges on their credit card bills (bills paid off with embezzled funds). They answered questions which are directly related to the claims against them; without invoking their Fifth Amendment Privilege.

9. Depositions of Seabrooks Scheduled. Continued at request by Seabrooks, due to efforts at settlement negotiations or schedule issues. See Exhibit "5" see collectively the notices of deposition. Ms. Seabrooks claimed the February Depositions needed to be continued, due to stress of pending deposition. See Exhibit "6", Letter from counsel.

    a. October 22 and 23, 2013.

    b. November 6 and 8, 2013

    c. November 20 and 22, 2013

    d. December 11 and 13, 2013

    e. January 23 and 24, 2014

    f. February 6 and 7, 2014

  g. February 27 and 28, 2014

  h. May 29 and 30, 2014

  i. June 12 and 13, 2014

10. Plaintiff files motion for sanctions on July 25, 2014. Seabrooks do not file an opposition, but appear at the hearing set for the motion. A status check was continued and heard the same day. The court gives the Seabrooks time to obtain counsel.

11. A motion to stay proceedings is filed by the Seabrooks on September 24, 2014.

  **b.**  **Additional Factual Background**

  As part of Gilmore's case against the Seabrooks, is a large volume of documents. Numerous Gilmore Company checks, containing the sole signature of Sondra Seabrook are part of the body of evidence. These checks were listed on company books as paying workman's compensation premiums. In actuality the checks were made payable to credit cards in the name of Sondra Seabrook and Robert Seabrook. The credit card statements, confirming the ownership of the accounts are also part of the documentary evidence.

  The Seabrooks, in their bankruptcy petition have confirmed the credit card accounts are theirs. The stolen funds from Gilmore were used to pay for the credit card bills. Sondra's signature and payment of the credit card debts can be established without the testimony of the Seabrooks.

  The Seabrooks systematically, over a period of not less than six years stole over $600,000.00. On a monthly basis they used Gilmore's money to pay their credit card bills. Each month money was stolen to pay five credit cards held in the Seabrooks' name. Despite having a two signature requirement, Mrs. Seabrook would only include her signature on the check. By doing so, she prevented another employee of the Company from discovering the checks were being issued. Given that Gilmore Construction did not have a credit card issued by either Chase

or Washington Mutual; red flags would have gone up.

Robert Seabrook was a CPA working at Houldsworth and Company.  Houldsworth was the CPA firm hired to perform accounting work for Gilmore.  Unknown to Gilmore, Houldsworth's owner, Alan Houldsworth, put Robert Seabrook in charge of the Gilmore file. Robert was in a position to and did cover up the embezzlement.  He and his wife then benefited from stealing from Gilmore each and every month.  A separate lawsuit has been filed in State Court directly against Houldsworth and Company.  The Seabrooks have been named as witnesses in that case, and can be compelled to testify in the State Court proceeding.

**B.    Factors Weight Against Issuing a Stay of the Entire Proceedings**

Merely because the Seabrooks are facing criminal prosecution, does not entitle them to the stay they seek.

> *The Constitution does not ordinarily require a stay of civil proceedings pending the outcome of criminal proceedings.*

> *"In the absence of substantial prejudice to the rights of the parties involved, [simultaneous] parallel [civil and criminal] proceedings are unobjectionable under our jurisprudence."*

> *"Nevertheless, a court may decide in its discretion to stay civil proceedings . 'when the interests of justice seem [ ] to require such action.' "*

> *Keating v. Office of Thrift Supervision, 45 F.3d 322, 324 (9th Cir. 1995) internal citations omitted.*

Furthermore, an indictment does not automatically weight in favor of a stay.

> *The possibility that criminal indictments would be brought against Molinaro may have made responding to civil charges more difficult for him, but the court did not abuse its discretion by deciding that this difficulty did not outweigh the other interests involved. Federal Sav. and Loan Ins. Corp. v. Molinaro, 889 F. 2d 899 – (9th Cir. 1989)*

Gilmore will now address the Keating factors:

**(1) The interest of the plaintiffs in proceeding expeditiously with this litigation or**

**any particular aspect of it, and the potential prejudice to plaintiffs of a delay;**

The Seabrooks did not address the first prong in their motion. Gilmore Construction sought partial summary judgment in the state court proceedings, but that was stayed once the Seabrooks filed bankruptcy. Gilmore was willing to have settlement discussions and continued properly noticed deposition to allow those discussions to take place. When it became apparent resolution would not take place, the depositions were only continued due to the health of Mrs. Seabrook. Otherwise, Gilmore has been proceeding against the Seabrooks. While a brief extension of discovery is likely necessary, due to the pending motions; Gilmore has engaged the services of an expert witness, and can establish liability against the Seabrooks with or without their invocation of the Fifth Amendment Privilege.

The Seabrooks claim Gilmore will not be prejudiced because the accounts are currently frozen. However, those funds are invested in various securities. The market fluctuations do not provide adequate security. When the market crashed the Dow Jones went from a high of $14,000 to a low of 6,600. It is not as if the funds are cash deposits; they can fluctuate with the market subject to world events.

**(2) The burden which any particular aspect of the proceedings may impose on defendants;**

While the Seabrooks will invoke their fifth amendment privilege during a deposition, the burden of proceeding forward with the civil litigation is not so great. The assertion of the privilege in a civil case cannot be used in a criminal proceeding. The Seabrooks can still put forth a defense in the civil proceedings. They can hire expert witnesses to review Ms. Seabrook's signature of the checks used to embezzle funds. Perhaps such an expert will opine the signatures do not belong to Sondra Seabrook. Equally so Mr. Seabrook can enlist the testimony of his former employer Alan Houldsworth to defend against the allegations against Mr. Seabrooks. While assertion of the fifth amendment in a civil lawsuit result in an adverse inference, the

1    Defendants can still overcome the inference through other evidence.

2         **(3) The convenience of the court in the management of its cases, and the efficient use**
3    **of judicial resources;**

4         The matter has been pending for some time now, a court's interest in clearing its docket
5    ways against issuance of a stay. See Molinaro.[2]

6         **(4) The interests of persons not parties to the civil litigation;**

7         As noted above, there is a pending case against Mr. Seabrook's former employer.  This
8    entity has an interest in the pending adversary proceeding.
9

10         **(5) The interest of the public in the pending civil and criminal litigation**
11    Closely aligned to the fourth prong in the public's interest in the pending civil and criminal
12    matter.  The Seabrook's arrest and later incitement has been covered by the local media.
13    Furthermore, the case involves a former CPA, Mr. Seabrook.  He voluntarily surrendered his
14    license, when the accountancy board began investigating Mr. Seabrook.  The public has a interest
15    in seeing that victims of embezzlement and cover-up by CPA's is resolved through pending civil
16    and criminal litigation.
17

18         The Seabrooks did not move promptly to seek a stay.  Instead they waited almost two
19    years to seek a stay, and then only after failing to appear at their deposition (a deposition noticed
20    before their arrest/indictment).  They may have waived their fifth amendment privilege by
21    answering questions in the creditor's meeting.  They can be forced to testify in the Houldsworth
22    state court proceedings, as witnesses in that case.  Gilmore can establish its case even without the
23    adverse inference arising from the assertion of the privilege in a civil lawsuit.  Staying to
24

25    ---
26    [2] *The court determined that FSLIC would be prejudiced by delay since Molinaro continued to*
27    *attempt to dispose of his assets; the action had been pending for a year, and the court had an*
    *interest in clearing its docket; and the interests of nonparties, i.e., Ramona's depositors, and the*
    *public would be frustrated by further delay. The court concluded that all factors weighed in favor*
28    *of denying Molinaro's motion for a stay.*

proceedings serves only to further delay recovery for the victim.

III    **CONCLUSION**

The victim of the over $600,000 in embezzlement should not be required to wait any

longer.  The court exercising its discretion should deny the Seabrooks' motion in its entirety.

Appropriate sanctions should issue for the willful failure to appear at their deposition.

DATED this 30 day of _____September_____, 2014.

RESPECTFULLY SUBMITTED

McCULLOUGH, PEREZ & ASSOCIATES, LTD.

By _____
CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar #1138
FRANK PEREZ, ESQ.
Nevada Bar #5738
601 S. Rancho Drive, #A-10
Las Vegas, Nevada  89106
Attorney for Plaintiff
*Gilmore Construction, LLC*

## CERTIFICATE OF MAILING

STATE OF NEVADA      )
                        ) ss:

COUNTY OF CLARK      )

      I ANGIE GARDNER, declare:

      Pursuant to FRCP 5(b) I hereby certify that I am a resident of Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. That I employed by the law firm of McCULLOUGH, PEREZ & ASSOCIATES, LTD., 601 South Rancho Drive, #A-10, Las Vegas, NV 89106.

      On _October 1_ , 2014, I served the document described as **REPLY TO OPPOSITION TO MOTION FOR SANCTIONS FOR FAILURE TO ATTEND DEPOSITIONS AND OPPOSITION TO STAY ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** on the parties listed below:

Timothy P. Thomas, Esq.
Law Office of Timothy P. Thomas, LLC
8670 W. Cheyenne Ave., Suite 120
Las Vegas, NV 89129
tthomas@tthomaslaw.com
Attorney for Debtors/Defendants

JOSEPH B. ATKINS
3815 South Jones Blvd., #5
Las Vegas, NV 89103
jbatkins@7trustee.net

■    **VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the U.S. mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Las Vegas, Nevada, on _October 1_ , 2014.

_____
Angie Gardner, employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

# EXHIBIT 1

# EXHIBIT 1

1  CHRISTOPHER R. McCULLOUGH, ESQ.
   Nevada Bar # 1138
2  FRANK PEREZ, ESQ.
   Nevada Bar # 5738
3  McCULLOUGH, PEREZ & ASSOCIATES, LTD.
   601 South Rancho Drive, #A-10
4  Las Vegas, Nevada  89106
   (702) 385-7383
5  FAX (702) 385-6744
   EMAIL: lawoffice@mcpalaw.com
6  *Attorneys for Gilmore Construction, LLC.*
7

8                    **U.S. BANKRUPTCY COURT**

9                    **DISTRICT OF NEVADA**

10

11  In re:                          )        Case No:     13-14004-mkn
                                     )        Chapter:     7
12  Robert H. Seabrook Jr. and       )
    Sondra G. Seabrook               )
13                                   )
                                     )
14                                   )
                                     )
15  ─────────────────────────────── )
    GILMORE CONSTRUCTION, LLC.       )        **Adversary Case No:  13-01122-mkn**
16                                   )
              Plaintiff,             )
17                                   )
    v.                               )
18                                   )
                                     )
19  ROBERT H. SEABROOK, JR., AND     )
    SONDRA G. SEABROOK               )
20                                   )
              Defendants.            )
21  ─────────────────────────────── )

22         **EIGHTH AMENDED NOTICE OF TAKING DEPOSITIONS**

23  TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

24  TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

25         PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates.

26  Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

27  entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

28

                              Page **1** of **3**

1   Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized

2   by the law to administer oaths.  The depositions will be as follows:

3   **Thursday, June 12, 2014**

4           10:00 a.m.                    **SONDRA G. SEABROOK**

5   **Friday, June 13, 2014**

6           10:00 a.m.                    **ROBERT H. SEABROOK, JR.**

7

8           Oral examination will continue from day to day until completed.  You are invited to

9   attend and cross-examine.

10          DATED this _27_ day of May, 2014.

11                                      McCULLOUGH, PEREZ & ASSOCIATES, LTD.

12

13                                      By _____
                                        CHRISTOPHER R. McCULLOUGH, ESQ.
14                                      Nevada Bar # 1138
                                        FRANK PEREZ, ESQ.
15                                      Nevada Bar # 5738
                                        601 South Rancho Drive, Suite A-10
16                                      Las Vegas, Nevada 89106
                                        Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _____ day of May, 2014, a true and correct copy of the above and foregoing EIGHTH AMENDED NOTICE OF TAKING DEPOSITIONS, was served upon the following via facsimile transmission and by depositing a copy of same in the United States Mail, postage prepaid, addressed to:

> CARRIE E. HURTIK, ESQ.
> 7866 W. Sahara Avenue
> Las Vegas, Nevada 89117
> Fax No: (702) 966-5206
> *Attorney for Defendants*

_____
Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page **3** of **3**

# EXHIBIT 2

# EXHIBIT 2

1

```
 1                   U.S. BANKRUPTCY COURT

 2                    DISTRICT OF NEVADA

 3                   *   *   *   *   *

 4   In re:                     )
                                )
 5   Robert H. Seabrook Jr. and )   Case No.: 13-14004-mkn
     Sondra G. Seabrook         )   Chapter 7
 6   _____)
     GILMORE CONSTRUCTION, LLC, )
 7                              )
                Plaintiff,      )
 8                              )
           vs.                  )   Adversary Case No.:
 9                              )   13-01122-mkn
     ROBERT H. SEABROOK, JR., AND)
10   SONDRA G. SEABROOK,        )
                                )
11              Defendants.     )
     _____)
12
               CERTIFICATE OF NONAPPEARANCE
13
        SCHEDULED DEPOSITION OF SONDRA G. SEABROOK
14
     Date:                Thursday, June 12, 2014
15   Scheduled Time:      10:00 a.m.
     Place:               601 South Rancho Drive, Suite A-10
16                        Las Vegas, Nevada  89106

17                 REPORTER'S CERTIFICATE

18   STATE OF NEVADA  )
                      )  ss:
19   COUNTY OF CLARK  )

20        I, Lori M. Unruh, R.D.R., C.C.R. #389, a

21   Certified Court Reporter licensed by the State of Nevada,

22   do hereby certify:

23        That on Thursday, June 12, 2014, at the hour of

24   10:00 a.m., I appeared at McCULLOUGH, PEREZ & ASSOCIATES,

25   LTD., 601 South Rancho Drive, Suite A-10, Las Vegas,
```

1   Nevada, for the purpose of reporting the deposition of

2   SONDRA G. SEABROOK;

3           That present was FRANK PEREZ, Attorney at Law,

4   counsel for Plaintiff;

5           That I remained in attendance until 10:15 a.m.,

6   at which time the deponent had not appeared;

7           That the following is a true, complete and

8   accurate transcription of the proceedings held at that

9   time:

10          MR. PEREZ:  This is June 12th, 2014.  The time is

11  10:15.  This is the correct date and time set for the

12  deposition of Sondra Seabrook.

13          It was set to begin at 10:00 a.m.  She has failed

14  to appear in this matter.  I previously had a conversation

15  with her counsel, Carrie Hurtik, who advised she did not

16  believe her client, Sondra Seabrook, would be appearing at

17  the deposition.

18          That's it.

19          (The proceedings concluded at 10:16 a.m.)

20          IN WITNESS WHEREOF, I have hereunto set my hand

21  in my office in the County of Clark, State of Nevada, this

22  _19th_ day of _____June_____, 2014.

23

24          _____

            Lori M. Unruh, R.D.R, C.C.R. #389

25

# EXHIBIT 3

# EXHIBIT 3

1                    U.S. BANKRUPTCY COURT

2                    DISTRICT OF NEVADA

3                    *   *   *   *   *

4  In re:

                              Case No: 13-14004-mkn

5  Robert H. Seabrook Jr. and     Chapter: 7

    Sondra G. Seabrook

6

7  ———————————————————————

    GILMORE CONSTRUCTION, LLC.

8

            Plaintiff,

9

     vs.                     Adversary Case No:

10                        13-01122-mkn

11  ROBERT H. SEABROOK, JR., AND

    SONDRA G. SEABROOK

12

            Defendants.

13  ———————————————————————

14

15             **CERTIFICATE OF NONAPPEARANCE**

       **SCHEDULED DEPOSITION OF ROBERT H. SEABROOK**

16

17  Date:               Friday, June 13, 2014

18  Time:           10:00 a.m.

19  Place:          601 South Rancho Drive

                   Suite A-10

20                  Las Vegas, Nevada  89106

21

             CERTIFICATE OF REPORTER

22

23  STATE OF NEVADA  )

              )  ss.

24  COUNTY OF CLARK  )

25      I, Janice David, CCR No. 405, a duly certified

2

1    court reporter licensed in and for the State of

2    Nevada, do hereby certify:

3            That on Friday, June 13, 2014, I appeared at

4    the law offices of McCULLOUGH, PEREZ & ASSOCIATES,

5    LTD, 601 South Rancho Drive, Suite A-10, Las Vegas,

6    Nevada, for the purpose of reporting the deposition of

7    ROBERT H. SEABROOK;

8            That present was Frank Perez, counsel for

9    Gilmore Construction, LLC;

10            That I remained in attendance until

11    10:11 a.m., at which time the deponent had not

12    appeared;

13            That the following is a true, complete, and

14    accurate transcription of the proceedings held at that

15    time.

16                    * * * * * * * * * * * * * * * * *

17

18

19

20

21

22

23

24

25

1          MR. PEREZ:  It's June 13th, 2014,

2   approximately 10 after 10:00 o'clock in the morning.

3   This was the time properly set and noticed for the

4   deposition of Robert Seabrook.  The deponent has

5   failed to appear.  I did speak with his counsel,

6   Carrie Hurtik, a few days ago, and she indicated she

7   believed they would not appear.

8          At the deposition yesterday Mrs. Seabrook did

9   not appear at hers.

10                * * * * * * * * * * * * * * * * *

11          (Proceedings concluded at 10:12 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1          IN WITNESS WHEREOF, I have hereunto set my

2    hand in my office in the County of Clark, State of

3    Nevada, this 13th day of June, 2014.

4

5    _____

6    JANICE DAVID, CCR NO. 405

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 4

# EXHIBIT 4

**Portion of Creditor's Meeting Transcript**

**June 14, 2013**


TRUSTEE: And what is the Gilmore Construction v. Robert and S. SEABROOK lawsuit?

B. PERCIVAL: It was a civil action that was filed in The District Court Clark County, Nevada

TRUSTEE: Ok, and what is the issue?

B. PERCIVAL: uhh it's alleging Fraud

TRUSTEE: I would like your clients to answer. What is the issue?

S. SEABROOK: Alleged Fraud

TRUSTEE: On who's part?

S. SEABROOK: Mine

TRUSTEE: Ok

TRUSTEE: Now their evidence

R. SEABROOK: I thought it was alleging embezzlement or something

TRUSTEE: And uh how much is the lawsuit for? Do you, are you aware?

R. SEABROOK: We don't really know

TRUSTEE: Ok, some large numbers have been thrown in my direction  Just be aware.

R. SEABROOK: The figures that we were sent when you add up the amounts they come to like 380 or something.

TRUSTEE: Ok, and uh did you in fact commit those acts?

S. SEABROOK: Ah

B. PERCIVAL;  OBJECTION I have to direct you not to answer that question.

I'm told that there is a criminal investigation out there. She's got to take the 5th on those

TRUSTEE: Um I would she has to take the 5th herself.

C. HURTIK: So you have to say I took the 5th.

TRUSTEE: You were never employed by Gilmore Construction were you?

R. SEABROOK: I was not employed by Gilmore, no.

TRUSTEE: Did you ever oversee the accounts of Gilmore Construction while you were at the cpa firm?

R. SEABROOK: uhhh Basically, what we do for Gilmore was we did a tax return and we did a financial statement. But I was… you know I worked for the cpa firm.

TRUSTEE: Alright

TRUSTEE: So the Bank of Las Vegas Payments into your Bank of Las Vegas Sealy Lake Consulting account came from the CPA firm, is that correct?

R. SEABROOK: Correct

**Portion of Creditor's Meeting Transcript**

**June 28, 2013**

PEREZ:          Okay, so other than groceries you can't recall what else you did with the cash you took back from the checks.

S. SEABROOK:          I traveled to dog shows.

PEREZ:          So you paid cash when you traveled for instance to dog shows?

S. SEABROOK:          Most of it.

PEREZ:          Gas, lodging what was the traveling expenses?

S. SEABROOK:          Gas, eats, parking.

PEREZ:          How about lodging?

S. SEABROOK:          Lodging was usually either a debt or credit card.

# EXHIBIT 5

# EXHIBIT 5

1  CHRISTOPHER R. McCULLOUGH, ESQ.
   Nevada Bar # 1138
2  FRANK PEREZ, ESQ.
   Nevada Bar # 5738
3  McCULLOUGH, PEREZ & ASSOCIATES, LTD.
   601 South Rancho Drive. #A-10
4  Las Vegas, Nevada  89106
   (702) 385-7383
5  FAX (702) 385-6744
   EMAIL: lawoffice @ mcpalaw.com
6  *Attorneys for Gilmore Construction. LLC.*
7

8                    **U.S. BANKRUPTCY COURT**
9                      **DISTRICT OF NEVADA**
10

11 In re:                              )    Case No:    13-14004-mkn
                                       )    Chapter:    7
12                                     )
   Robert H. Seabrook Jr. and          )
13 Sondra G. Seabrook                  )
                                       )
14                                     )
   _____)
15                                     )
   GILMORE CONSTRUCTION, LLC.          )    **Adversary Case No:  13-01122-mkn**
16                                     )
                  Plaintiff,           )
17                                     )
   v.                                  )
18                                     )
   ROBERT H. SEABROOK, JR., AND        )
19 SONDRA G. SEABROOK                  )
                                       )
20                                     )
                  Defendants.          )
21 _____)

22             **NOTICE OF TAKING DEPOSITIONS**

23 TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

24 TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

25         PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates,

26 Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

27 entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

28

                            Page 1 of 3

Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized

by the law to administer oaths.  The depositions will be as follows:

**Tuesday, October 22, 2013**

      10:00 a.m.          **SONDRA G. SEABROOK**

**Wednesday, October 23, 2013**

      10:00 a.m.          **ROBERT H. SEABROOK, JR.**

      Oral examination will continue from day to day until completed.  You are invited to

attend and cross-examine.

      DATED this ⅹ𝑂 day of September, 2013.

                  McCULLOUGH, PEREZ & ASSOCIATES, LTD.

                  By _____
                  CHRISTOPHER R. McCULLOUGH, ESQ.
                  Nevada Bar # 1138
                  FRANK PEREZ, ESQ.
                  Nevada Bar # 5738
                  601 South Rancho Drive, Suite A-10
                  Las Vegas, Nevada  89106
                  Attorneys for Plaintiff

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the _____30th_____ day of September, 2013, a true

and correct copy of the above and foregoing NOTICE OF TAKING DEPOSITIONS, was served

upon the following, by depositing a copy of same in the United States Mail, postage prepaid,

addressed to:

CARRIE E. HURTIK, ESQ.
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Defendants*

_____
Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page **3** of **3**

CHRISTOPHER R. McCULLOUGH. ESQ.
Nevada Bar # 1138
FRANK PEREZ. ESQ.
Nevada Bar # 5738
McCULLOUGH. PEREZ & ASSOCIATES. LTD.
601 South Rancho Drive. #A-10
Las Vegas. Nevada  89106
(702) 385-7383
FAX (702) 385-6744
EMAIL: lawoffice@mcpalaw.com
*Attorneys for Gilmore Construction. LLC.*

## U.S. BANKRUPTCY COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | Case No:    13-14004-mkn |
| | Chapter:    7 |
| Robert H. Seabrook Jr. and | |
| Sondra G. Seabrook | |
| | |
| GILMORE CONSTRUCTION. LLC. | **Adversary Case No:  13-01122-mkn** |
| Plaintiff. | |
| v. | |
| ROBERT H. SEABROOK. JR., AND | |
| SONDRA G. SEABROOK | |
| Defendants. | |

## AMENDED NOTICE OF TAKING DEPOSITIONS

TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK. Defendants; and

TO:    CARRIE E. HURTIK. ESQ., Attorney for Defendants.

      PLEASE TAKE NOTICE that at the law offices of McCullough. Perez & Associates.

Ltd., 601 South Rancho Drive. #A-10, Las Vegas. Nevada 89106, the Plaintiff in the above

entitled action will take depositions. upon oral examination. pursuant to Rules 26 and 30 of the

Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized

by the law to administer oaths. The depositions will be as follows:

**Wednesday, November 6, 2013**

      10:00 a.m.          **SONDRA G. SEABROOK**

**Friday, November 8, 2013**

      10:00 a.m.          **ROBERT H. SEABROOK, JR.**

      Oral examination will continue from day to day until completed. You are invited to

attend and cross-examine.

      DATED this _____ day of _____, 2013.

                       McCULLOUGH, PEREZ & ASSOCIATES, LTD.

                       By _____
                       CHRISTOPHER R. McCULLOUGH, ESQ.
                       Nevada Bar # 1138
                       FRANK PEREZ, ESQ.
                       Nevada Bar # 5738
                       601 South Rancho Drive, Suite A-10
                       Las Vegas, Nevada 89106
                       Attorneys for Plaintiff

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the _____1st_____ day of _Octolee_ ,

2013, a true and correct copy of the above and foregoing AMENDED NOTICE OF TAKING

DEPOSITIONS, was served upon the following, by depositing a copy of same in the United

States Mail, postage prepaid, addressed to:

CARRIE E. HURTIK, ESQ.
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Defendants*


_____
Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page **3** of **3**

CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
FRANK PEREZ, ESQ.
Nevada Bar # 5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
EMAIL: lawoffice@mcpalaw.com
*Attorneys for Gilmore Construction, LLC.*

## U.S. BANKRUPTCY COURT

### DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | Case No:    13-14004-mkn |
|  | Chapter:    7 |
| Robert H. Seabrook Jr. and | |
| Sondra G. Seabrook | |
| | |
| GILMORE CONSTRUCTION, LLC. | **Adversary Case No: 13-01122-mkn** |
| Plaintiff, | |
| v. | |
| ROBERT H. SEABROOK, JR., AND | |
| SONDRA G. SEABROOK | |
| Defendants. | |

### SECOND AMENDED NOTICE OF TAKING DEPOSITIONS

TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates,

Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

Page 1 of 3

Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized

by the law to administer oaths.  The depositions will be as follows:

**Wednesday, November 20, 2013**

      10:00 a.m.           **SONDRA G. SEABROOK**

**Friday, November 22, 2013**

      10:00 a.m.           **ROBERT H. SEABROOK, JR.**

      Oral examination will continue from day to day until completed.  You are invited to

attend and cross-examine.

      DATED this _____ day of November, 2013.

                    McCULLOUGH, PEREZ & ASSOCIATES, LTD.

                    By_____
                    CHRISTOPHER R. McCULLOUGH, ESQ.
                    Nevada Bar # 1138
                    FRANK PEREZ, ESQ.
                    Nevada Bar # 5738
                    601 South Rancho Drive, Suite A-10
                    Las Vegas, Nevada  89106
                    Attorneys for Plaintiff

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the _____4th_____ day of November, 2013, a true and correct copy of the above and foregoing SECOND AMENDED NOTICE OF TAKING DEPOSITIONS, was served upon the following, by depositing a copy of same in the United States Mail, postage prepaid, addressed to:

CARRIE E. HURTIK, ESQ.
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Defendants*


_____
Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page **3** of **3**

1  CHRISTOPHER R. McCULLOUGH, ESQ.
   Nevada Bar # 1138
2  FRANK PEREZ, ESQ.
   Nevada Bar # 5738
3  McCULLOUGH, PEREZ & ASSOCIATES, LTD.
   601 South Rancho Drive, #A-10
4  Las Vegas, Nevada  89106
   (702) 385-7383
5  FAX (702) 385-6744
   EMAIL: lawoffice@mcpalaw.com
6  *Attorneys for Gilmore Construction, LLC*

7

8                          **U.S. BANKRUPTCY COURT**

9                          **DISTRICT OF NEVADA**

10

11  In re:                              )     Case No:    13-14004-mkn
                                        )     Chapter:    7
12  Robert H. Seabrook Jr. and          )
13  Sondra G. Seabrook                  )
                                        )
14  _____   )
                                        )
15  GILMORE CONSTRUCTION, LLC.          )     **Adversary Case No:  13-01122-mkn**
                                        )
16                Plaintiff,            )
                                        )
17  v.                                  )
                                        )
18                                      )
19  ROBERT H. SEABROOK, JR., AND        )
    SONDRA G. SEABROOK                  )
20                                      )
                  Defendants.           )
21  _____   )

22        **THIRD AMENDED NOTICE OF TAKING DEPOSITIONS**

23  TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

24  TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

25        PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates,

26  Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

27  entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

28

                          Page 1 of 3

Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized by the law to administer oaths. The depositions will be as follows:

**Wednesday, December 11, 2013**

     **10:00 a.m.**                **SONDRA G. SEABROOK**

**Friday, December 13, 2013**

     **10:00 a.m.**                **ROBERT H. SEABROOK, JR.**

     Oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

     DATED this _____ day of November, 2013.

                         McCULLOUGH, PEREZ & ASSOCIATES, LTD.

                         By_____
                         CHRISTOPHER R. McCULLOUGH, ESQ.
                         Nevada Bar # 1138
                         FRANK PEREZ, ESQ.
                         Nevada Bar # 5738
                         601 South Rancho Drive, Suite A-10
                         Las Vegas, Nevada  89106
                         Attorneys for Plaintiff

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on the _____ day of November, 2013, a true

and correct copy of the above and foregoing THIRD AMENDED NOTICE OF TAKING

DEPOSITIONS, was served upon the following, by depositing a copy of same in the United

States Mail, postage prepaid, addressed to:

CARRIE E. HURTIK, ESQ.
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Defendants*

_____
Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page **3** of **3**

CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
FRANK PEREZ, ESQ.
Nevada Bar # 5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
EMAIL: lawoffice@mcpalaw.com
*Attorneys for Gilmore Construction, LLC.*

## U.S. BANKRUPTCY COURT

### DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | Case No:    13-14004-mkn |
|  | Chapter:    7 |
| Robert H. Seabrook Jr. and | |
| Sondra G. Seabrook | |

| | |
|---|---|
| GILMORE CONSTRUCTION, LLC. | **Adversary Case No: 13-01122-mkn** |
| Plaintiff, | |
| v. | |
| ROBERT H. SEABROOK, JR., AND | |
| SONDRA G. SEABROOK | |
| Defendants. | |

## FOURTH AMENDED NOTICE OF TAKING DEPOSITIONS

TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates, Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized by the law to administer oaths.  The depositions will be as follows:

**Thursday, January 23, 2014**

    **10:00 a.m.**               **SONDRA G. SEABROOK**

**Friday, January 24, 2014**

    **10:00 a.m.**               **ROBERT H. SEABROOK, JR.**

       Oral examination will continue from day to day until completed.  You are invited to attend and cross-examine.

       DATED this _____ day of December, 2013.

                               McCULLOUGH, PEREZ & ASSOCIATES, LTD.

                               By_____
                               CHRISTOPHER R. McCULLOUGH, ESQ.
                               Nevada Bar # 1138
                               FRANK PEREZ, ESQ.
                               Nevada Bar # 5738
                               601 South Rancho Drive, Suite A-10
                               Las Vegas, Nevada  89106
                               Attorneys for Plaintiff

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the _____4th_____ day of December, 2013, a true

and correct copy of the above and foregoing FOURTH AMENDED NOTICE OF TAKING

DEPOSITIONS, was served upon the following, by depositing a copy of same in the United

States Mail, postage prepaid, addressed to:

        CARRIE E. HURTIK, ESQ.
        7866 W. Sahara Avenue
        Las Vegas, Nevada 89117
        *Attorney for Defendants*

        _____
        Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page **3** of **3**

1  CHRISTOPHER R. McCULLOUGH, ESQ.
   Nevada Bar # 1138
2  FRANK PEREZ, ESQ.
   Nevada Bar # 5738
3  McCULLOUGH, PEREZ & ASSOCIATES, LTD.
   601 South Rancho Drive, #A-10
4  Las Vegas, Nevada 89106
   (702) 385-7383
5  FAX (702) 385-6744
   EMAIL: lawoffice@mcpalaw.com
6  *Attorneys for Gilmore Construction, LLC.*
7

8               **U.S. BANKRUPTCY COURT**
9
                **DISTRICT OF NEVADA**
10

11 In re:                          )    Case No:    13-14004-mkn
                                   )    Chapter:    7
12 Robert H. Seabrook Jr. and      )
   Sondra G. Seabrook             )
13                                 )
                                   )
14                                 )
   _____)
15                                 )
   GILMORE CONSTRUCTION, LLC.      )    **Adversary Case No: 13-01122-mkn**
16                                 )
              Plaintiff,           )
17                                 )
   v.                              )
18                                 )
   ROBERT H. SEABROOK, JR., AND    )
19 SONDRA G. SEABROOK             )
                                   )
20                                 )
              Defendants.          )
21 _____)

22        **FIFTH AMENDED NOTICE OF TAKING DEPOSITIONS**

23 TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

24 TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

25        PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates,

26 Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

27 entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

28

                        Page 1 of 3

1   Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized

2   by the law to administer oaths.  The depositions will be as follows:

3   **Thursday, February 6, 2014**

4       10:00 a.m.                **SONDRA G. SEABROOK**

5   **Friday, February 7, 2014**

6       10:00 a.m.                **ROBERT H. SEABROOK, JR.**

7

8       Oral examination will continue from day to day until completed.  You are invited to

9   attend and cross-examine.

10       DATED this _____ day of January, 2014.

11                    McCULLOUGH, PEREZ & ASSOCIATES, LTD.

12

13                    By _____

14                    CHRISTOPHER R. McCULLOUGH, ESQ.
                       Nevada Bar # 1138

15                    FRANK PEREZ, ESQ.
                       Nevada Bar # 5738

16                    601 South Rancho Drive, Suite A-10
                       Las Vegas, Nevada  89106

17                    Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the ___21-st___ day of January, 2014, a true and correct copy of the above and foregoing FIFTH AMENDED NOTICE OF TAKING DEPOSITIONS, was served upon the following via facsimile transmission and by depositing a copy of same in the United States Mail, postage prepaid, addressed to:

> CARRIE E. HURTIK, ESQ.
> 7866 W. Sahara Avenue
> Las Vegas, Nevada 89117
> Fax No: (702) 966-5206
> *Attorney for Defendants*

_____

Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page 3 of 3

*LAW OFFICES*

# McCullough, Perez & Associates, Ltd.

*601 SOUTH RANCHO DRIVE, SUITE A-10*
*LAS VEGAS, NEVADA 89106*

CHRISTOPHER R. McCULLOUGH
FRANK PEREZ
STEPHEN REID*
*Also Admitted To Practice In
England & Wales

(702) 385-7383
Toll Free: (866) 369-1515
FAX: (702) 385-6744

## FACSIMILE TRANSMITTAL

## FAX # (702) 385-6744

**DATE:**          *January 21, 2014*

**TO:**          *Carrie E. Hurtrik, Esq.*

**FAX NO:**          *966-5206*

**FROM:**          *Frank Perez, Esq.*

**NUMBER OF PAGES:**          *4*

**RE:**          *Gilmore Construction, LLC / Robert & Sondra Seabrook*

_____          **ORIGINAL WILL NOT FOLLOW**

___X_____          **ORIGINAL WILL FOLLOW BY:**

    ___X___ **Regular Mail**          _____**Certified Mail**
    _____**Federal Express**          _____**Hand Delivery**
    _____**Overnight U.S. Mail**

**COMMENTS:**

     *Please see the following FIFTH AMENDED NOTICE OF TAKING DEPOSITION.*

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL 385-7383.**

ANGIE

CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
FRANK PEREZ, ESQ.
Nevada Bar # 5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada  89106
(702) 385-7383
FAX (702) 385-6744
EMAIL: lawoffice@mcpalaw.com
*Attorneys for Gilmore Construction, LLC.*

## U.S. BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Robert H. Seabrook Jr. and<br>Sondra G. Seabrook<br><br>_____<br><br>GILMORE CONSTRUCTION, LLC.<br><br>       Plaintiff,<br><br>v.<br><br>ROBERT H. SEABROOK, JR., AND<br>SONDRA G. SEABROOK<br><br>       Defendants.<br>_____ | Case No:   13-14004-mkn<br>Chapter:   7<br><br><br><br><br><br>**Adversary Case No: 13-01122-mkn** |

## <u>SIXTH AMENDED NOTICE OF TAKING DEPOSITIONS</u>

TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates,

Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized

by the law to administer oaths. The depositions will be as follows:

**Thursday, February 27, 2014**

   **10:00 a.m.**       **SONDRA G. SEABROOK**

**Friday, February 28, 2014**

   **10:00 a.m.**       **ROBERT H. SEABROOK, JR.**

   Oral examination will continue from day to day until completed. You are invited to

attend and cross-examine.

   DATED this _____ day of February, 2014.

         McCULLOUGH, PEREZ & ASSOCIATES, LTD.

         By _____
         CHRISTOPHER R. McCULLOUGH, ESQ.
         Nevada Bar # 1138
         FRANK PEREZ, ESQ.
         Nevada Bar # 5738
         601 South Rancho Drive, Suite A-10
         Las Vegas, Nevada 89106
         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the ___3ʳᵈ___ day of February, 2014, a true and correct copy of the above and foregoing FIFTH AMENDED NOTICE OF TAKING DEPOSITIONS, was served upon the following via facsimile transmission and by depositing a copy of same in the United States Mail, postage prepaid, addressed to:

> CARRIE E. HURTIK, ESQ.
> 7866 W. Sahara Avenue
> Las Vegas, Nevada 89117
> Fax No: (702) 966-5206
> *Attorney for Defendants*

_____
Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

*LAW OFFICES*

# McCullough, Perez & Associates, Ltd.

*601 SOUTH RANCHO DRIVE, SUITE A-10*
*LAS VEGAS, NEVADA 89106*

CHRISTOPHER R. McCULLOUGH
FRANK PEREZ
STEPHEN REID*
*Admitted To Practice In
England & Wales*

(702) 385-7383
Toll Free: (866) 309-1515
FAX: (702) 385-6744

## FACSIMILE TRANSMITTAL

## FAX # (702) 385-6744

**DATE:**   *February 3, 2014*

**TO:**   *Carrie E. Hurtik, Esq.*

**FAX NO:**   *966-5206*

**FROM:**   *Frank Perez, Esq.*

**NUMBER OF PAGES:**   *3*

**RE:**   *Gilmore Construction, LLC / Robert & Sondra Seabrook*

_____   **ORIGINAL WILL NOT FOLLOW**

___X____   **ORIGINAL WILL FOLLOW BY:**

___X____**Regular Mail**        _____**Certified Mail**
_____**Federal Express**        _____**Hand Delivery**
_____**Overnight U.S. Mail**

**COMMENTS:**

   *Please see the following:*   **Sixth Amended Notice of Taking Depositions**

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL 385-7383.**

*ANGIE*

CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
FRANK PEREZ, ESQ.
Nevada Bar # 5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
EMAIL: lawoffice@mcpalaw.com
*Attorneys for Gilmore Construction, LLC.*

## U.S. BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No:    13-14004-mkn |
| | Chapter:    7 |
| Robert H. Seabrook Jr. and | |
| Sondra G. Seabrook | |
| | |
| GILMORE CONSTRUCTION, LLC. | **Adversary Case No: 13-01122-mkn** |
| Plaintiff, | |
| v. | |
| ROBERT H. SEABROOK, JR., AND | |
| SONDRA G. SEABROOK | |
| Defendants. | |

## SEVENTH AMENDED NOTICE OF TAKING DEPOSITIONS

TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates,

Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

1  Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized

2  by the law to administer oaths.  The depositions will be as follows:

3  **Thursday, May 29, 2014**

4      **10:00 a.m.**                    **SONDRA G. SEABROOK**

5  **Friday, May 30, 2014**

6      **10:00 a.m.**                    **ROBERT H. SEABROOK, JR.**

7

8          Oral examination will continue from day to day until completed.  You are invited to

9  attend and cross-examine.

10          DATED this _____ day of February, 2014.

11                                          McCULLOUGH, PEREZ & ASSOCIATES, LTD.

12

13                                          By_____
                                            CHRISTOPHER R. McCULLOUGH, ESQ.
14                                          Nevada Bar # 1138
                                            FRANK PEREZ, ESQ.
15                                          Nevada Bar # 5738
                                            601 South Rancho Drive, Suite A-10
16                                          Las Vegas, Nevada  89106
                                            Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the _25th_ day of February, 2014, a true and correct copy of the above and foregoing SEVENTH AMENDED NOTICE OF TAKING DEPOSITIONS, was served upon the following by depositing a copy of same in the United States Mail, postage prepaid, addressed to:

>CARRIE E. HURTIK, ESQ.
>7866 W. Sahara Avenue
>Las Vegas, Nevada 89117
>Fax No: (702) 966-5206
>*Attorney for Defendants*

Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.

Page **3** of **3**

CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
FRANK PEREZ, ESQ.
Nevada Bar # 5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
EMAIL: lawoffice@mcpalaw.com
*Attorneys for Gilmore Construction, LLC.*

## U.S. BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No:    13-14004-mkn |
| | Chapter:    7 |
| Robert H. Seabrook Jr. and | |
| Sondra G. Seabrook | |
| | |
| GILMORE CONSTRUCTION, LLC. | **Adversary Case No: 13-01122-mkn** |
| Plaintiff, | |
| v. | |
| ROBERT H. SEABROOK, JR., AND | |
| SONDRA G. SEABROOK | |
| Defendants. | |

## EIGHTH AMENDED NOTICE OF TAKING DEPOSITIONS

TO:    ROBERT H. SEABROOK, JR. and SONDRA G. SEABROOK, Defendants; and

TO:    CARRIE E. HURTIK, ESQ., Attorney for Defendants.

PLEASE TAKE NOTICE that at the law offices of McCullough, Perez & Associates,

Ltd., 601 South Rancho Drive, #A-10, Las Vegas, Nevada 89106, the Plaintiff in the above

entitled action will take depositions, upon oral examination, pursuant to Rules 26 and 30 of the

Nevada Rules of Civil Procedure, before a Notary Public, or before some other officer authorized by the law to administer oaths.  The depositions will be as follows:

**Thursday, June 12, 2014**

      **10:00 a.m.**                      **SONDRA G. SEABROOK**

**Friday, June 13, 2014**

      **10:00 a.m.**                      **ROBERT H. SEABROOK, JR.**

      Oral examination will continue from day to day until completed.  You are invited to attend and cross-examine.

      DATED this ___27___ day of May, 2014.

                           McCULLOUGH, PEREZ & ASSOCIATES, LTD.

                           By_____
                           CHRISTOPHER R. McCULLOUGH, ESQ.
                           Nevada Bar # 1138
                           FRANK PEREZ, ESQ.
                           Nevada Bar # 5738
                           601 South Rancho Drive, Suite A-10
                           Las Vegas, Nevada  89106
                           Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that on the _27th_ day of May, 2014, a true and

3  correct copy of the above and foregoing EIGHTH AMENDED NOTICE OF TAKING

4  DEPOSITIONS, was served upon the following via facsimile transmission and by depositing a

5  copy of same in the United States Mail, postage prepaid, addressed to:

6

7              CARRIE E. HURTIK, ESQ.
               7866 W. Sahara Avenue
8              Las Vegas, Nevada 89117
               Fax No: (702) 966-5206
9              *Attorney for Defendants*

10

11

12      _____
           Employee of McCULLOUGH, PEREZ & ASSOCIATES, LTD.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 6

# EXHIBIT 6

Hi Frank,

I received this letter today from Sondra's doctor. I have been informed that it will probably be a total of 10 weeks, but the Doctor did provide this letter stating she could be complete by March 7, 2013. Can you call me when you get a chance please? Thank you!

*Carrie E. Hurtik, Esq.*

**Carrie E. Hurtik, Esq.**
**HURTIK LAW & ASSOCIATES**
**7866 West Sahara Avenue**
**Las Vegas, Nevada 89117**
**(702) 966-5200 Telephone**
**(702) 966-5206 Facsimile**
**churtik@hurtiklaw.com**
**www.hurtiklaw.com**

PRIVACY NOTICE - This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents, or immediately call (702) 966-5200 to arrange for return via U.S. postal delivery at our expense. Thank you.



02/04/2014

To Whom It May Concern:

Sondra Seabrook is currently participating in a 5 week intensive partial hospitalization program for psychiatric treatment.  While in treatment it will be detrimental to her progress to participate in legal matters.  Mrs. Seabrook will likely complete the program on 03/07/2014.  Thank you for your consideration in this matter.

Kimberlee Charles, M.D.

Renown Behavioral Health
850 Mill Street, Suite 301
Reno, NV  89502

